IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALLGIRE

    Plaintiff,                    No. CIV S-04-1680 MCE GGH P

  vs.

WARDEN R.A. CASTRO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 2, 2004, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. By concurrently filed Findings and Recommendations, dismissal is recommended for several defendants.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: J. W. Rohlfing, O.

1 | Dickinson, R. W. Sandham, S. M. Roche, J. S. Woodford.[1]

2 |       2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one

3 | summons, an instruction sheet and a copy of the amended complaint filed January 31, 2005.

4 |       3. Within thirty days from the date of this order, plaintiff shall complete the

5 | attached Notice of Submission of Documents and submit the following documents to the court:

6 |       a. The completed Notice of Submission of Documents;

7 |       b. One completed summons;

8 |       c. One completed USM-285 form for each defendant listed in number 1

9 |       above; and

10 |       d. Six (6) copies of the endorsed amended complaint filed January 31,

11 |       2005.

12 |       4. Plaintiff need not attempt service on defendants and need not request waiver of

13 | service. Upon receipt of the above-described documents, the court will direct the United States

14 | Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15 | without payment of costs.

16 | DATED: 6/17/05

17 |

18 |                      /s/ Gregory G. Hollows

19 |                      UNITED STATES MAGISTRATE JUDGE

20 | GGH:009
    allg1680.1am

---

[1] The claims against defendant Woodford are found cognizable only in her official capacity. <u>See</u> concurrently filed Findings and Recommendations.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMON ALLGIRE

     Plaintiff,                          No. CIV S-04-1680 MCE GGH P

     vs.

WARDEN R.A. CASTRO, et al.,        <u>NOTICE OF SUBMISSION</u>

     Defendants.                    <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__     completed summons form

     __5__     completed USM-285 forms

     __6__     copies of the __January 31, 2005__
                                       Amended Complaint

DATED:

                                                  Plaintiff